In the Matter of the Arbitration between SYDNEY L. GROSS et al., Respondents, and HUYLER'S (a New York Corporation), Appellant. In the Matter of the Application of HUYLER'S, Appellant, to Vacate an Award of Arbitration. SYDNEY L. GROSS et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Shientag and McCurn, JJ.

DAVID GANZ, Respondent, v. HI-LINE CO., INC., Appellant.— The verdict in favor of plaintiff for less than one quarter the amount claimed was obviously a compromise, as there is no basis for it to be found in the evidence. If plaintiff here were entitled to recover at all, he should have been awarded damages sustained to the end of the term of his alleged contract less his earnings or what he might have earned during said period. A verdict which no hypothesis of the evidence could support, must be set aside (*Van Der Harst* v. *Koenig*, 249 App. Div. 235). We pass upon no other question. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Peck, P. J., Cohn, Callahan, Shientag and McCurn, JJ.

In the Matter of 48 W. 37 CORP., Respondent. STANDARD THREAD CO., INC., Appellant.— Order unanimously reversed and the petition dismissed, with $20 costs and disbursements to the appellant, on the ground that the increased rental was not within the purview of the stipulation. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Shientag and McCurn, JJ.

GUSTAV BUCKY et al., Respondents, v. CARL J. SEBO et al., Appellants.— Order unanimously modified so as to reinstate the first counterclaim and, as so modified, affirmed, without costs. The first counterclaim is reinstated upon the representation that it is not a challenge to the validity of the patent but is to recover a payment made outside the scope of the claim of the patent. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Shientag and McCurn, JJ. [199 Misc. 55.]

GEORGE SHASKAN et al., Copartners Doing Business under the Name of SHASKAN & COMPANY, Appellants, and IRVING MOSKOVITZ, as Substituted Trustee under an Indenture between PARK AVENUE LEASING CORPORATION and ROLLIN J. FRANCIS as Trustee et al., Respondents, v. BARBARA BRISKMAN et al., Defendants. BARNEY BERNSTEIN, Special Guardian, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Shientag and McCurn, JJ.

LILLIAN V. M. PASCOE-RUTTER, Respondent, v. 30 FIFTH AVE. INC., Appellant. — Order unanimously affirmed, with $20 costs and disbursements. A temporary injunction is not required here, either to preserve the subject matter of the counterclaim, or to protect the interests of the defendant. The matter can and should await trial. Present — Peck, P. J., Cohn, Callahan, Shientag and McCurn, JJ.